NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Aaron D. Aftergood (SBN 239853)
    aaron@aftergoodesq.com
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Tel:  310-551-5221

ATTORNEY(S) FOR: Plaintiff, Richard Nakai

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Richard Nakai, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| CHARTER COMMUNICATIONS, INC., d/b/a SPECTRUM, a Delaware corporation, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Nakai or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Woodrow & Peluso, LLC | Counsel for Plaintiff and the alleged Class |
| Aaron D. Aftergood | Counsel for Plaintiff and the alleged Class |

September 17, 2019      /s/ Aaron D. Aftergood
Date      Signature

Attorney of record for (or name of party appearing in pro per):

Richard Nakai