Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
T: 310-551-5221
F: 310-496-2840

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Richard Nakai, et al.,

v.     Plaintiff(s)

Charter Communications, Inc. d/b/a Spectrum

Defendant(s).

CASE NUMBER

Click here to enter the case number.

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Woodrow, Steven L.
*Applicant's Name (Last Name, First Name & Middle Initial)*
720-213-0675          303-927-0809
*Telephone Number*      *Fax Number*
swoodrow@woodrowpeluso.com
*E-Mail Address*

of

Woodrow & Peluso, LLC
3900 E Mexico Ave., Suite 300
Denver, Colorado 80210

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Richard Nakai

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Aftergood, Aaron D.
*Designee's Name (Last Name, First Name & Middle Initial)*
239853          310-551-5221          310-496-2840
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
aaron@aftergoodesq.com
*E-Mail Address*

of

The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:    ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge