**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

*Attorneys for Plaintiff and the Putative Class*

Kristapor Vartanian (SBN 275378)
kvartanian@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Ste. 2225
Los Angeles, CA 90071
Tel.: (213) 493-3980
Facsimile: (404) 400-7333

*Attorneys for Defendant*

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Nakai**, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>    v.<br><br>**Charter Communications, Inc.**, a Delaware corporation,<br><br>    *Defendant.* | No. 2:19-cv-08035-GW-SS<br><br>**DECLARATION OF STEVEN L. WOODROW IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION** |

I, Steven L. Woodrow, declare as follows:

1.  I am a partner with the law firm Woodrow & Peluso, LLC and attorney of record for Plaintiff Richard Nakai ("Plaintiff"). I am over the age of 18 and, if necessary, can competently testify if required to do so.

1                                                                    CASE NO. 2:19-cv-08035

2. This case was filed as an alleged class action on September 17, 2019.

3. Defendant was served with Plaintiff's Complaint on November 12, 2019. Defendant's deadline to answer or otherwise respond to the Complaint was extended, via stipulation, to January 2, 2020. (Dkt. 14.)

4. Therefore, Plaintiff's deadline for moving for class certification is currently February 10, 2020.

5. To date, no discovery has begun in the case, which Plaintiff will require to sufficiently file a Motion for Class Certification. Further, Defendant Answered the Complaint on January 2, 2020, just over a month before the current deadline to move for class certification. Accordingly, the Parties stipulate that the Court vacate and continue the deadline for Plaintiff to move for class certification at this time. When the Parties file a Case Management Statement, the Parties will first confer and each set forth an appropriate schedule tailored to this case, including new proposed deadlines for a period of class discovery and the filing and briefing of a motion for class certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2020, in Denver, Colorado.

By: */s/ Steven L. Woodrow*
Steven L. Woodrow