# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Richard Nakai**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**Charter Communications, Inc.**, a Delaware corporation,<br><br>*Defendant.* | No. 2:19-cv-08035-GW-SS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION** |

1
2   The Court, having considered the stipulation of Plaintiff Richard Nakai
3   ("Plaintiff") and Defendant Charter Communications, Inc. ("Defendant") to extend
4   the deadline to file Plaintiff's Motion for Class Certification, the declaration of
5   Steven L. Woodrow in support of the stipulation, and for good cause appearing,
6   hereby orders that Plaintiff's deadline to file his Motion for Class Certification is
7   vacated and counsel for both Parties shall submit a proposed date in their case
8   management statement.
9
10  IT IS SO ORDERED.
11
12
13  Date: _____     _____
                                   Hon. George H. Wu
14                                 United States District Judge