Ryan D. Watstein (*pro hac vice* pending)
rwatstein@kcozlaw.com
Kristapor Vartanian (SBN 275378)
kvartanian@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant Charter Communications, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NAKAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC, d/b/a SPECTRUM,<br><br>Defendant. | Case No: 2:19-cv-08035-GW-SS<br><br>Hon. George H. Wu<br><br>Am. Compl. Filed: January 23, 2020<br><br>**DEFENDANT CHARTER COMMUNICATIONS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS, OR, ALTERNATIVELY, STAY PROCEEDINGS**<br><br>[*Notice of Motion and Motion and Memorandum of P&A in support filed, and Proposed Order lodged, concurrently herewith*]<br><br>Judge: Hon. George H. Wu<br>Date: March 5, 2020<br>Time: 8:30 a.m.<br>Ctrm: 9D (9th Floor)<br>350 West 1st Street<br>Los Angeles, CA 90012<br><br>Trial Date: No Trial Date Set |

DEF.'S REQ. FOR JUDICIAL NOT. ISO MOT. TO DISMISS, OR, ALTERNATIVELY, STAY

Defendant Charter Communications, Inc. ("Defendant" or "Charter") respectfully requests that this Court take judicial notice of the attached documents, cited in support of Charter's Motion to Dismiss, or, Alternatively, Stay Proceedings.

1. Petition for Writ of Certiorari, *Barr v. Am. Ass'n of Political Consultants, Inc.*, No. 19-631 (U.S. Nov. 14, 2019), a true and correct copy of which is attached hereto as **Exhibit A**.

2. Brief of Respondents American Association of Political Consultants, Inc., et al., *Barr v. Am. Ass'n of Political Consultants, Inc.*, No. 19-631 (U.S. Dec. 4, 2019), a true and correct copy of which is attached as **Exhibit B**.

3. Question Presented Report, *Barr v. Am. Ass'n of Political Consultants, Inc.*, No. 19-631 (U.S. Jan. 10, 2020), a true and correct copy of which is attached hereto as **Exhibit C**.

4. Conference Order, *Facebook Inc. v. Duguid*, No. 19-511, (U.S. Jan. 24, 2020), a true and correct copy of which is attached hereto as **Exhibit D**.

5. Conference Order, *Charter Communications Inc. v. Gallion*, No. 19-575, (U.S. Jan. 10, 2020), a true and correct copy of which is attached hereto as **Exhibit E**.

6. Brief of Amicus Curiae Credit Union National Association, Inc., *Facebook, Inc. v. Duguid*, No. 19-511 (U.S. Nov. 20, 2019), a true and correct copy of which is attached hereto as **Exhibit F**.

7. Brief of Amicus Curiae Chamber of Commerce of the United States of America, *Charter Communications, Inc. v. Gallion*, No. 19-575 (U.S. Dec. 2, 2019), a true and correct copy of which is attached hereto as **Exhibit G**.

The Court is authorized to take judicial notice of the foregoing documents pursuant to Federal Rule of Evidence 201. *See Duckett v. Godinez,* 67 F.3d 734, 741 (9th Cir. 1995) (court "may take judicial notice of proceedings in other courts, whether in the federal or state systems"); Fed. R. Evid. 201(b)(1) (court may take judicial notice of matters that "can be accurately and readily determined from sources whose accuracy

1  cannot reasonably be questioned").

|  |  |
|---|---|
| DATED:  February 6, 2019 | KABAT CHAPMAN & OZMER LLP<br><br>By: _____/s/ Kristapor Vartanian_____<br>Kristapor Vartanian<br>*Attorney for Defendant Charter Communications, Inc.* |

## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

I am employed in Los Angeles, California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2225, Los Angeles, CA 90071.

On February 6, 2020, I served the foregoing document(s) described as **DEFENDANT CHARTER COMMUNICATIONS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS, OR, ALTERNATIVELY, STAY PROCEEDINGS (inclusive of all exhibits)** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, CA. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on February 6, 2020, at Los Angeles, CA.

By: /s/ Kristapor Vartanian

_____
Kristapor Vartanian

# SERVICE LIST

Aaron D. Aftergood
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067
aaron@aftergoodesq.com

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
swoodrow@woodrowpeluso.com

Patrick H. Peluso
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
ppeluso@woodrowpeluso.com