# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-8035-GW-SSx | Date | February 10, 2020 |
|---|---|---|---|
| Title | *Richard Nakai v. Charter Communications, Inc.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Patrick H. Paluso, by telephone   Kristapor Vartanian

**PROCEEDINGS:** **SCHEDULING CONFERENCE**

Court and counsel discuss scheduling. For reasons stated on the record, the scheduling conference is continued to March 5, 2020 ast 8:30 a.m.

: 04

Initials of Preparer   JG