Ryan Watstein (admitted *pro hac vice*)
rwatstein@kcozlaw.com
Kristapor Vartanian (SBN 275378)
kvartanian@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

*Counsel for Defendant Charter Communications, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD NAKAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC., d/b/a SPECTRUM,<br><br>Defendant. | Case No.: 2:19-cv-08035-GW-SS<br><br>**JOINT NOTICE AND REQUEST FOR CLARIFICATION REGARDING APRIL 16, 2020 HEARINGS**<br><br>Hon. Judge George H. Wu<br><br>Am. Compl. Filed: January 23, 2020 |

**TO THE HONORABLE COURT**:

There are three hearings scheduled in this matter for April 16, 2020: (1) Defendant Charter Communications, Inc.'s ("Defendant") Motion to Dismiss (or Stay); (2) Defendant's Motion for Sanctions; and (3) the Rule 16 Scheduling Conference.  *See* D.E. 34 & 35.

It is all counsel's understanding that these civil hearings will not be moving forward in light of the Order of the Chief Judge 20-042 and the Court's COVID-19 Notice, given none of the hearings involve emergency relief.  Out of an abundance of caution, however, the Parties emailed the Court clerk on March 30, 2020 to jointly request telephonic appearance (for both sides) if this Honorable Court decided to proceed with the hearings.  Telephonic appearance would be required by this Court's pandemic orders/notices, travel restrictions (as counsel for both sides intended to travel from out of state), and general social distancing.  Not having heard back, the Parties kindly sent a follow-up email on April 10, 2020 and attempted to reach the Court via telephone on several occasions.  The Parties have not heard back yet.

The Parties are aware that the Court and its members are generally teleworking without full access to email and voice mail.  But given the circumstances, the Parties felt it prudent to file this Notice to confirm the Parties' understanding that the April 16 hearings are not moving forward.  The Parties respectfully request the Court notify counsel if this understanding is incorrect.

The undersigned greatly appreciate the Court's attention to this matter.

Dated: April 15, 2020

**KABAT CHAPMAN & OZMER LLP**

By: /*s/  Kristapor Vartanian*
    Kristapor Vartanian
    *Attorney for Defendant Charter Communications, Inc.*

| | | |
|---|---|---|
| Dated April 14, 2020 | By: | /s/ Patrick Peluso[1] |
| | | AARON D. AFTERGOOD |
| | | THE AFTERGOOD LAW FIRM |
| | | |
| | | STEVEN L. WOODROW (admitted pro hac vice) |
| | | PATRICK PELUSO (admitted pro hac vice) |
| | | WOODROW & PELUSO, LLC |
| | | |
| | | Attorneys for Plaintiff |

---

[1] Pursuant to L.R. 5-4.3.4, Defendant's counsel attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I am employed in Los Angeles, California; I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Avenue, Suite 2225, Los Angeles, CA 90071.

On April 15, 2020, I served the foregoing document(s) **JOINT NOTICE AND REQUEST FOR CLARIFICATION REGARDING APRIL 16, 2020 HEARINGS** on the interested parties to this action by taking the action listed below at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Atlanta, Georgia. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on April 15, 2020, at Los Angeles, California.

/s/ Kristapor Vartanian
_____
Kristapor Vartanian

## SERVICE LIST

Aaron D. Aftergood
**The Aftergood Law Firm**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: 310-551-5221
Facsimile: 310-496-2840
aaron@aftergoodesq.com

Patrick H. Peluso
**Woodrow and Peluso LLC**
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: 720-213-0676
Facsimile: 303-927-0809
ppeluso@woodrowpeluso.com

Steven L. Woodrow
**Woodrow and Peluso LLC**
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: 720-213-0675
Facsimile: 303-927-0809
swoodrow@woodrowpeluso.com