JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD NAKAI,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARTER COMMUNICATIONS, INC., et al.,<br><br>            Defendants. | Case No.  CV 19-8035-GW-SSx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the Plaintiff's Notice of Voluntary Dismissal [48], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 3, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE